**Electronically Filed
Supreme Court
SCWC-29746
14-DEC-2010
07:38 AM**

NO. SCWC-29746

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DAVID MAXWELL, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1P10808566)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant David Maxwell's application for writ of certiorari filed on November 1, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 14, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

John M. Tonaki, Public Defender,
Jon N. Ikenaga, Deputy Public
Defender, for petitioner/defendant-
appellant, on the application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Pollack, assigned by reason of vacancy.